## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0360** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **COREY ANTOINE FOSTER,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 26th day of December, 2006, upon consideration of the unopposed motion to withdraw as counsel (Doc. 16), filed by Attorney Herbert C. Goldstein, counsel for defendant in the captioned action, and following consultation with the Federal Public Defender's Office to confirm the availability of replacement counsel for the defendant, it is hereby ORDERED that:

1. Attorney Goldstein's motion to withdraw as counsel (Doc. 16) is GRANTED.

2. Dennis E. Boyle, Esquire, of 1525 Cedar Cliff Drive, Camp Hill, Pennsylvania, 17011, telephone number (717)846-8856, is appointed to represent the defendant in the above-captioned case.

3. The Clerk of Court is directed to forward all necessary materials to Dennis E. Boyle, Esquire, as soon as possible.

4. Attorney Herbert C. Goldstein is directed to provide to Attorney Dennis E. Boyle, the file in the above-captioned case as soon as possible.

S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge